# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  Chapter 13

CEDRICK BLAKNEY  Bankruptcy No. 22-10807-MDC

1017 FOULKROD STREET

PHILADELPHIA, PA 19124

Debtor

### CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
CEDRICK BLAKNEY

1017 FOULKROD STREET

PHILADELPHIA, PA 19124

**Counsel for debtor(s), by electronic notice only.**
DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

**Counsel for the United States Trustee, by electronic notice only.**
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

Date: 5/25/2022                                                                                  /s/ Kenneth E. West

_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee