United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                                  Case No. 22-10807-mdc
Cedrick Blakney                                                                                                  Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                    User: admin                                    Page 1 of 2
Date Rcvd: Jan 05, 2023                          Form ID: 155                                Total Noticed: 20

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^                  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cedrick Blakney, 1017 Foulkrod Street, Philadelphia, PA 19124-2942 |
| 14686225 | + | Grassy Sprain Group, Inc., c/o Rebecca K. McDowell, Esq., 1700 Market St., Suite 1005, Philadelphia, PA 19103-3920 |
| 14680365 | + | PGW, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14680368 | | Email/Text: megan.harper@phila.gov | Jan 06 2023 00:25:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Bankruptcy Group, MSB, 1401 JFK Blvd, 5th Floor, Philadelphia, PA 19102 |
| 14696793 | + | Email/Text: documentfiling@lciinc.com | Jan 06 2023 00:24:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14680358 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 06 2023 00:26:00 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14690934 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 06 2023 00:26:05 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14680361 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 06 2023 00:26:05 | Cws/cw Nexus, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14683048 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 06 2023 00:26:04 | Goldman Sachs Bank, USA, by AIS InfoSource, LP as Agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14693146 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 06 2023 00:26:09 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14680362 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jan 06 2023 00:24:00 | Marcus by Goldman Sachs, Attn: Bankruptcy, Po Box 45400, Salt Lake City, UT 84145-0400 |
| 14680363 | | Email/Text: bankruptcygroup@peco-energy.com | Jan 06 2023 00:25:00 | PECO, PO Box 37629, Philadelphia, PA 19101-0629 |
| 14684640 | + | Email/Text: bankruptcygroup@peco-energy.com | Jan 06 2023 00:25:00 | PECO Energy Company, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14680364 | | Email/Text: blegal@phfa.org | Jan 06 2023 00:25:00 | Pennsylvania Housing Finance Agency, Attn: Bankruptcy, Po Box 8029, Harrisburg, PA 17105 |
| 14685145 | ^ | MEBN | Jan 06 2023 00:19:58 | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14696470 | + | Email/Text: blegal@phfa.org | Jan 06 2023 00:25:00 | PHFA, 211 North Front Street, Harrisburg, PA 17101-1466 |
| 14681108 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 06 2023 00:25:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14680366 | + | Email/Text: bankruptcy@sw-credit.com | Jan 06 2023 00:25:00 | 17128-0946 SWC Group, 4120 International Parkway #100, Carrollton, TX 75007-1957 |
| 14680899 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 06 2023 00:26:04 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14680367 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 06 2023 00:26:04 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14680359 | *+ | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14680360 | *+ | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 07, 2023          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| DAVID M. OFFEN | on behalf of Debtor Cedrick Blakney dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| LEON P. HALLER | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| REBECCA K. MCDOWELL | on behalf of Creditor Grassy Sprain Group Inc. rmcdowell@slgcollect.com, pwirth@slgcollect.com;anovoa@slgcollect.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Cedrick Blakney
    Debtor(s)

Chapter: 13

Bankruptcy No: 22−10807−mdc

___

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this January 5, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

    Magdeline D. Coleman
    Chief Judge ,
    United States Bankruptcy Court

48 − 44
Form 155