**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Cedric Blakney | ) Case No. 22-10807-MDC |
| | ) |
| Debtor | ) |
| | ) |

**STIPULATION OF SETTLEMENT OF OBJECTION TO CLAIM #4 GRASSY SPRAIN GROUP, INC. AND OBJECTION TO CONFIRMATION**

AND NOW, comes the debtor, Cedric Blakney by his attorney, David M. Offen, and Grassy Sprain Group, Inc. By its attorney, Rebecca K. McDowell, hereby stipulate as follows:

1. Grassy Sprain Group's proof of claim shall be Amended from a Secured claim to show that it has an unsecured claim in the same amount of $32,368.12
2. Grassy Sprain Group's Objection to Confimation is to marked as withdrawn.
3. Debtor Cedric Blakney Objection to Claim #4 is to be marked as withdrawn.
4. The above resolves the litigation between the parties.

STIPULATED TO AND AGREED TO BY:

11/29/2022                               /s/ David M. Offen
_____       _____
DATE                                       David M. Offen
                                                Attorney for Debtor
                                                Cedric Blakney

                                                _____
                                                Rebecca K. McDowell, Esquire
                                                Attorney for Creditor
                                                Grassy Sprain Chain Group

                                                No Objection

                                                /s/ LeeAne O. Huggins
                                                Office of the Chapter 13 Standing Trustee

IT IS SO ORDERED:

January 9, 2023

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE