United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 22-10807-mdc

Cedrick Blakney     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 09, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Cedrick Blakney, 1017 Foulkrod Street, Philadelphia, PA 19124-2942 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| DAVID M. OFFEN | on behalf of Debtor Cedrick Blakney dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| LEON P. HALLER | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |

District/off: 0313-2 User: admin Page 2 of 2
Date Rcvd: Jan 09, 2023 Form ID: pdf900 Total Noticed: 1

REBECCA K. MCDOWELL
                                  on behalf of Creditor Grassy Sprain Group  Inc. rmcdowell@slgcollect.com, pwirth@slgcollect.com;anovoa@slgcollect.com

United States Trustee
                                  USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Cedric Blakney ) | Case No. 22-10807-MDC |
| ) | |
| Debtor ) | |
| ) | |

**STIPULATION OF SETTLEMENT OF OBJECTION TO CLAIM #4 GRASSY SPRAIN GROUP, INC. AND OBJECTION TO CONFIRMATION**

AND NOW, comes the debtor, Cedric Blakney by his attorney, David M. Offen, and Grassy Sprain Group, Inc. By its attorney, Rebecca K. McDowell, hereby stipulate as follows:

1. Grassy Sprain Group's proof of claim shall be Amended from a Secured claim to show that it has an unsecured claim in the same amount of $32,368.12

2. Grassy Sprain Group's Objection to Confimation is to marked as withdrawn.

3. Debtor Cedric Blakney Objection to Claim #4 is to be marked as withdrawn.

4. The above resolves the litigation between the parties.

STIPULATED TO AND AGREED TO BY:

11/29/2022                               /s/ David M. Offen
_____           _____
DATE                                       David M. Offen
                                                 Attorney for Debtor
                                                 Cedric Blakney

                                                 _____
                                                 Rebecca K. McDowell, Esquire
                                                 Attorney for Creditor
                                                 Grassy Sprain Chain Group

                                                 No Objection

                                                 /s/ LeeAne O. Huggins
                                                 Office of the Chapter 13 Standing Trustee

IT IS SO ORDERED:

January 9, 2023

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

Case 22-10807-mdc    Doc 52    Filed 01/11/23    Entered 01/12/23 00:33:37    Desc Imaged
Certificate of Notice    Page 4 of 4