**Fill in this information to identify the case:**

Debtor 1     **CEDRICK BLAKNEY**

Debtor 2
(Spouse, if filing)

Unites States Bankruptcy Court for the:   **Eastern District of Pennsylvania**

                                                          (State)

Case Number    **22-10807-DJB**

## Official Form 410C13-N

# Trustee's Notice of Disbursements Made      **12/25**

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).**

| **Part 1:** | **Mortgage Information** |
| --- | --- |

**Name of claim holder:**    PA HOUSING FINANCE AGY/HEMAP

**Court claim no.** (if known):
9

**Last 4 digits** of any number you use to identify the debtor's account:    4   5   2   9

**Property Address:**      1017 FOULKROD STREET
                     Number      Street

                     Philadelphia                              PA      19124
                     City                                          State     ZIP Code

| **Part 2:** | **Statement of Completion** |
| --- | --- |

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

| **Part 3:** | **Arrearages** |
| --- | --- |

| | **Amount** |
| --- | --- |
| a. Allowed amount of prepetition arrearage: | $ -0- |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ -0- |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ -0- |
| d. Total amount of arrearages disbursed by the trustee: | $ -0- |

## Part 4:   Postpetition Payment

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.   Total amount of postpetition payments disbursed by the trustee as of date of notice:          $_____-0-

b.   The last ongoing mortgage payment disbursed by the trustee was the payment due on _____. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

## Part 5:   Postpetition Fees, Expenses, and Charges

Amount of postpetition fees, expenses, and charges disbursed by the trustee:          $_____-0-

## Part 6:   A Response Is Required By Bankruptcy Rule 3002.1(g)(3)

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✗ /s/ Kenneth E. West                                         Date   04/07/2026
Signature

Trustee      Kenneth E. West
             First Name          Middle Name          Last Name

Address      190 N. Independence Mall West, Suite 701
             Number       Street

             Philadelphia                          PA      19106
             City                                  State   ZIP Code

Contact phone   (215) 627-1377                 Email  info@ph13trustee.com

| Debtor 1 | CEDRICK BLAKNEY | | Case Number 22-10807-DJB | | Page 1 |
| --- | --- | --- | --- | --- | --- |
| | Name | | | | |

## History Of Payments

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | | Total for Claim Number : | 0.00 |
| | | | | | **Total for :** | **0.00** |