United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                                                    Case No. 22-10807-djb

Cedrick Blakney                                                                                                        Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                            User: admin                                            Page 1 of 3
Date Rcvd: Apr 07, 2026                                     Form ID: 138OBJ                                    Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Cedrick Blakney, 1017 Foulkrod Street, Philadelphia, PA 19124-2942 |
| 14686225 | + | Grassy Sprain Group, Inc., c/o Rebecca K. McDowell, Esq., 1700 Market St., Suite 1005, Philadelphia, PA 19103-3920 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: megan.harper@phila.gov | Apr 08 2026 00:33:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14680368 | | Email/Text: megan.harper@phila.gov | Apr 08 2026 00:33:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Bankruptcy Group, MSB, 1401 JFK Blvd, 5th Floor, Philadelphia, PA 19102 |
| 14696793 | + | Email/Text: documentfiling@lciinc.com | Apr 08 2026 00:32:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14680358 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 08 2026 00:40:38 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14690934 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 08 2026 00:40:38 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14680361 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 08 2026 00:40:40 | Cws/cw Nexus, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14683048 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 08 2026 00:40:47 | Goldman Sachs Bank, USA, by AIS InfoSource, LP as Agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14693146 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 08 2026 00:40:39 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14680362 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Apr 08 2026 00:33:00 | Marcus by Goldman Sachs, Attn: Bankruptcy, Po Box 45400, Salt Lake City, UT 84145-0400 |
| 14680363 | | Email/Text: bankruptcygroup@peco-energy.com | Apr 08 2026 00:33:00 | PECO, PO Box 37629, Philadelphia, PA 19101-0629 |
| 14684640 | + | Email/Text: bankruptcygroup@peco-energy.com | Apr 08 2026 00:33:00 | PECO Energy Company, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14680364 | | Email/Text: blegal@phfa.org | Apr 08 2026 00:33:00 | Pennsylvania Housing Finance Agency, Attn: Bankruptcy, Po Box 8029, Harrisburg, PA 17105 |
| 14685145 | ^ | MEBN | Apr 08 2026 00:23:22 | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14680365 | ^ | MEBN | Apr 08 2026 00:23:23 | PGW, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |

District/off: 0313-2 | User: admin | Page 2 of 3
Date Rcvd: Apr 07, 2026 | Form ID: 138OBJ | Total Noticed: 22

| 14696470 | + Email/Text: blegal@phfa.org | | |
| | | Apr 08 2026 00:33:00 | PHFA, 211 North Front Street, Harrisburg, PA 17101-1466 |
| 14681108 | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | Apr 08 2026 00:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14680366 | + Email/Text: bankruptcy@sw-credit.com | | |
| | | Apr 08 2026 00:33:00 | SWC Group, 4120 International Parkway #100, Carrollton, TX 75007-1957 |
| 14680899 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Apr 08 2026 00:40:46 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14680367 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Apr 08 2026 00:40:53 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15026677 | + Email/PDF: ebn_ais@aisinfo.com | | |
| | | Apr 08 2026 00:40:38 | Velocity Investments, LLC by AIS InfoSource, LP as, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14680359 | *+ | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14680360 | *+ | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2026        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2026 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| DAVID M. OFFEN | on behalf of Debtor Cedrick Blakney ecfmail@offenlaw.com;offendr83598@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| LEON P. HALLER | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| MATTHEW K. FISSEL | |

District/off: 0313-2                              User: admin                                    Page 3 of 3

Date Rcvd: Apr 07, 2026                           Form ID: 138OBJ                             Total Noticed: 22

on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com
matthew.fissel@brockandscott.com

REBECCA K. MCDOWELL

on behalf of Creditor Grassy Sprain Group  Inc. rmcdowell@slgcollect.com, pwirth@slgcollect.com;anovoa@slgcollect.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 7

*Form 138OBJ* (6/24)–doc 70 – 68

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    )
   Cedrick Blakney                        )          Case No. 22–10807–djb
                                          )
                                          )
   Debtor(s).                             )          Chapter: 13
                                          )
                                          )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: April 7, 2026                          For The Court

                                          Mohung Wong
                                          Clerk of Court